# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS GASSOWAY, | Case No. SA CV 14-211-JAK (SP) |
| Petitioner, | |
| v. | **JUDGMENT** |
| FRED FIGUEROA, Warden, | |
| Respondent, | |
| v. | |
| DR. JEFFREY BEARD, | |
| Real Party In Interest. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: January 4, 2016

_____
HONORABLE JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE